**Order filed November 21, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00880-CR
_____

**HOWARD ALLEN GUERRERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1369515**

## ORDER

Appellant is represented by retained counsel, Jack B. Carroll. The reporter's record in this case was due October 28, 2013, but it has been filed. Louise Steckler, the official court reporter for the 248th District Court, informed this court that appellant had not made payment arrangements for preparation of the reporter's record, and appellant is not appealing as indigent. On October 21, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice,

provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We **ORDER** appellant's retained counsel, **Jack B. Carroll**, to file a brief in this appeal on or before **December 20, 2013**. If counsel does not timely file the brief as ordered, the court may issue a show cause order directing him to appear before this court on a date certain to show cause why he should not be held in contempt of court for failing to file the brief as ordered.


PER CURIAM